**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Stephen Lee VAZQUEZ, Defendant–Appellant.**

**No. 03–30968.
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 23, 2004.

Josette Louise Cassiere, Assistant U.S. Attorney, Shreveport, LA, for Plaintiff–Appellee.

Roland Virgil McKneely, III, McKneely Law Firm, Shreveport, LA, for Defendant–Appellant.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Stephen Lee Vazquez appeals the sentence imposed after he pleaded guilty to conspiring to possess with intent to distribute 50 grams or more of methamphetamine. Relying on *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), he contends that his sentence exceeded the maximum sentence provided by the sentencing guidelines for the type of methamphetamine charged in his indictment. As Vazquez concedes, *Apprendi* does not apply to drug quantities that increase only the statutory minimum sentence or the relevant conduct under the sentencing guidelines. *See United States v. Keith,* 230 F.3d 784, 787 (5th Cir.2000). Vazquez asserts the claim in order to preserve it for possible Supreme Court review. Vazquez's claim is foreclosed, and the judgment of the district court is

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.